428 A.2d 253

Kranz v. Farmers Fire Insurance Co. et al.

Appeal of Farmers Fire Insurance Company.

Argued December 3, 1979. C. Edward S. Mitchell, for appellant; David R. Bahl, for Kranz, appellee; Lester L. Greevy, Jr., for Penn Mutual, appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*
Order of the court below affirmed.